IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:05CV208

| | |
|---|---|
| AMAR-BEY, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC. and )<br>TEAMSTERS LOCAL UNION NO. 71, )<br>      Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Notice of Appearance of Attorney for Teamsters Local Union No. 71" (Document No. 2), filed June 2, 2005. Upon careful review and consideration, and noting that James F. Wallington has already paid the admission fee to the Clerk of Court, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Notice of Appearance of Attorney for Teamsters Local Union No. 71" (Document No. 2) is **GRANTED**.

**Signed: June 6, 2005**

David C. Keesler
United States Magistrate Judge