**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:05CV208**

| | | |
|---|---|---|
| **AMAR BEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **UNITED PARCEL SERVICE, INC.** | ) | |
| **and TEAMSTERS LOCAL UNION NO. 71,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| ——————————————————— | ) | |

   **THIS MATTER** is before the Court on a Complaint filed by Plaintiff *pro se*.[1]  On June 3,

2005, Defendant Teamsters Local Union No. 71 ("Teamsters No. 71") filed a Motion to Dismiss

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, seeking dismissal of the

Complaint for failure to state a claim upon which relief can be granted.

   It appears that Teamsters No. 71 may be entitled to a dismissal in this action as a matter of

law.  Therefore, the Plaintiff is directed to file a response as described below:

   **TO THE PLAINTIFF, AMAR BEY, READ THE FOLLOWING VERY**

**CAREFULLY:**

   You are to file a <u>brief</u> written argument, opposing Teamsters No. 71 memorandum

supporting its Motion to Dismiss.

   Within fourteen (14) days of the date of entry of this Order, Plaintiff must submit the

response to Teamsters No. 71's Motion to Dismiss or request an extension of the deadline.

---

[1]Plaintiff initially filed his Complaint, titled "Violation of Constitutional, Civil Rights and
Discrimination," on May 2, 2005, in the Superior Court Division of the Iredell County, North Carolina General
Court of Justice.  On June 2, 2005, pursuant to 28 U.S.C. §§ 1331, 1337, 1441, and 1443, Defendant Teamsters
Local Union No. 71 removed the action to this Court.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion to Dismiss. If you fail to respond to this Motion, the Court will proceed to decide the matter. A copy of the response must be served on Teamsters No. 71 and a certificate of service must be filed with the Court showing that a copy has been sent to counsel for the Defendant Teamsters No. 71.

**IT IS, THEREFORE, ORDERED** that Plaintiff has fourteen (14) days from the filing of this Order in which to respond to Teamsters No. 71's Motion to Dismiss.

The Clerk is directed to certify copies of this Order to Plaintiff and counsel for Defendant Teamsters No. 71. The Clerk is specifically directed to send Plaintiff's copy by **certified mail, return receipt requested**.

**Signed: December 13, 2005**

Richard L. Voorhees
United States District Judge