# United States District Court
## For The Western District of North Carolina
## Statesville Division

AMAR BEY,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                 CASE NO. 5:05CV208

UNITED PARCEL SERVICE, INC. AND
TEAMSTERS LOCAL UNION NO. 71,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2006, Order.

               Signed: February 13, 2006

               Frank G. Johns, Clerk
               United States District Court